UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LYNN KETTLESON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 1:17-CV-03065-RHW

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

Before the Court is a Stipulated Motion for Remand in which the parties jointly move the Court to remand for further administrative proceedings. ECF No. 19. Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act and Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge shall: (1) conduct a new hearing, further develop the record as needed, and issue a new decision; (2) reevaluate and further develop the medical opinions of record;

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1**

(3) obtain a consultative psychological examination and medical extern evidence, as necessary; (4) reevaluate steps two and three of the sequential evaluation process; (5) reevaluate Plaintiff's credibility; and (6) reevaluate Plaintiff's residual functional capacity and proceed with steps four and five of the sequential evaluation process, obtaining the assistance of a vocational expert, as necessary.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED**.
2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.
3. All pending motions in this matter are now moot.
4. Reasonable attorney fees shall be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.
5. The District Court Executive shall enter judgment for the Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 19th day of December, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**